## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIAN KELLEY-CHUNG<br><br>Plaintiff,<br><br>v.<br><br>ACTING CHIEF OF POLICE ROBERT J. CONTEE, III, in his official capacity, *et al.*<br><br>Defendants. | Case No. 1:21-cv-00116 |

## **CONSENT MOTION TO ENLARGE TIME TO SERVE PROCESS**

Plaintiff KIAN KELLEY-CHUNG ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 4(m), hereby moves this Court to enlarge time to serve process and file proof of service with this Court for good cause, until May 28, 2021. Per Local Rule 7(m), Plaintiff's counsel has conferred with Defendants' counsel regarding this motion. Defendants' counsel has informed Plaintiff's counsel that they consent to this motion.

Plaintiff filed this case on January 13, 2021. Plaintiff has not yet filed proof of service with this Court, as over the last several months, Plaintiff and Defendants were engaged in settlement discussions. Those discussions resulted in a settlement agreement that was executed on March 22, 2021, between Plaintiff and Defendant District of Columbia ("the District"). The period for the District's compliance with its obligations under the settlement agreement extends until May 21, 2021. Per the settlement agreement, within five business days of the District's compliance, Plaintiff shall file a notice of voluntary dismissal of prejudice of this case. Plaintiff anticipates no complications with the District's compliance with the settlement agreement. However, given that the District's period for compliance extends until May 21, 2021, well past this Court's April 13,

2021 deadline to serve process and file proof of service, Plaintiff respectfully requests that this Court extend the deadline to serve process and file proof of service with the Court until May 28, 2021, which is one week after the close of the District's period to comply with the settlement agreement.

Dated: April 13, 2021    Respectfully submitted,

By: */s/ Robert Corn-Revere*
Robert Corn-Revere (DC Bar #375415)
bobcornrevere@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

*Counsel for Plaintiff*