IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIAN KELLEY-CHUNG

                 Plaintiff,

    v.

ACTING CHIEF OF POLICE ROBERT J.
CONTEE, III, in his official capacity, *et al.*

                Defendants.

Case No. 1:21-cv-00116

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff KIAN KELLEY-CHUNG, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby agrees to the dismissal of this action in its entirety with prejudice as to all Defendants: Robert J. Contee, III, Acting Chief of the District of Columbia Metropolitan Police Department; the District of Columbia Metropolitan Police Department; the District of Columbia; District of Columbia Metropolitan Police Department Lieutenant Jason Bagshaw; District of Columbia Metropolitan Police Department Police Officers S. McCloskey and D.L. Brown; and District of Columbia Metropolitan Police Department Police Officers and Officials John Does 1-10.  On April 13, 2021, the District of Columbia satisfied its obligations under a settlement agreement executed on March 22, 2021, which triggered Plaintiff's obligation to dismiss this case with prejudice.  Plaintiff will bear his own attorneys' fees and costs.

Dated: April 14, 2021

                Respectfully submitted,

By: */s/ Robert Corn-Revere*
Robert Corn-Revere (DC Bar #375415)
bobcornrevere@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Counsel for Plaintiff